# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PETER FOSSETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1311

_____

January 31, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Loren D. Rhoton, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.